UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-11883-CBM-MAA | | Date | May 22, 2026 |
|---|---|---|---|---|

| Title | *Nicole Lyon et al v. Hawaii Moving Pros et al* |
|---|---|

Present: The Honorable     CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:        **IN CHAMBERS- ORDER TO SHOW CAUSE**

Plaintiffs Nicole and Thomas Lyon filed this action against Defendants Hawaii Moving Pros et al on February 3, 2025 in Los Angeles Superior Court. (Dkt. No. 1-2 "Compl.") Defendants removed the matter to this Court on December 16, 2025. (*Id.*) On January 14, 2026, Plaintiffs filed a Motion to Remand the matter to state court, which Plaintiffs later withdrew on February 23, 2026. (Dkt. Nos. 9, 15.) Since Plaintiff's withdrawal of the Motion to Remand, no motion has been filed in the action.

The parties are hereby ordered to show cause as to why the matter should not be dismissed for want of prosecution **no later than June 12, 2026.** Failure to respond to this Order by June 12, 2026 shall result in dismissal with prejudice. *See* L.R. 41-1.

**IT IS SO ORDERED.**

00    :