JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE LYON, an individual; THOMAS LYON, an individual.,<br><br>Plaintiff,<br><br>v.<br><br>HAWAII MOVING PROS, an unknown business entity; CITY MOVING, INC., a California Corporation; PRIME MOVING LLC, a California Limited Liability Company; LIOR OREN, an individual; TIA ALEKSANDROVA, an individual; ARNON CHEN, an individual; GUSTAVO ARCOS, an individual; and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-11883<br><br>LASC Case No. 25NNCV00727<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [19]** |

The Court, having reviewed the Parties' Stipulation of Dismissal With Prejudice, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. This action is dismissed in its entirety with prejudice.

2. Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the Parties' settlement agreement.

IT IS SO ORDERED.

DATED: July 14, 2026

Consuelo B. Marshall
United States District Judge